THE PEOPLE OF THE STATE OF NEW YORK. Respondent, *v.* JOSEPH LAPOLTE, Appellant.

(Argued March 21, 1930; decided April 8, 1930.)

*Peter L. F. Sabbatino* for appellant.

*Thomas C. T. Crain, District Attorney (John C. McDermott* of counsel), for respondent.

Judgment of the Appellate Division and that of the trial court reversed and new trial ordered for the error of the trial judge in refusing to instruct the jury that the defendant might be found guilty of a lower degree of larceny than that charged in the indictment (Code Crim. Pro. § 444; *People* v. *Walker,* 198 N. Y. 329; *People* v. *Schleiman,* 197 N. Y. 383); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.